UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

SHARON ANN LEFFERTS

BANKRUPTCY NO.: 20-31653-JDA
CHAPTER 7
HONORABLE JOEL D. APPLEBAUM

DEBTOR
_____/

MELISSA DIGIAMBERDINE (P68198)
Attorney for Debtor
5080 W. Bristol Road, Suite 4
Flint, MI 48507
(810) 600-1534

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000                                        /

**RESPONSE TO MOTION FOR REDEMPTION UNDER 11 U.S.C. § 722**

Prestige Financial Services, Inc. ("Creditor"), in response to Debtor's Motion for Redemption Under 11 U.S.C. § 722 regarding a 2007 Honda Accord, states as follows:

1. As to Paragraph 1, the Creditor neither admits nor denies and leaves the Debtor to her proofs.

2. As to Paragraph 2, the Creditor neither admits nor denies and leaves the Debtor to her proofs.

3. As to Paragraph 3, the Creditor denies that the fair market value of the vehicle is $200.00. Based on the NADA Official Used Car Guide, Creditor asserts that the value of the vehicle is approximately $4,925.00.

4. As to Paragraph 4, the Creditor neither admits nor denies and leaves the Debtor to her proofs.

5. As to Paragraph 5, no response is required.

In conclusion, the Creditor prays that the Court deny Debtor's Motion for Redemption.

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*

_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: November 16, 2020