UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

SHARON ANN LEFFERTS

BANKRUPTCY NO.: 20-31653-JDA
CHAPTER 7
HONORABLE JOEL D. APPLEBAUM

DEBTOR
_____/

MELISSA DIGIAMBERDINE (P68198)
Attorney for Debtor
5080 W. Bristol Road, Suite 4
Flint, MI 48507
(810) 600-1534

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000                                /

**PROOF OF SERVICE OF PRESTIGE FINANCIAL SERVICES, INC.S' RESPONSE TO MOTION FOR REDEMPTION UNDER 11 U.S.C. § 722**

CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 16th day of November, 2020, a copy of Prestige Financial Services, Inc.'s Response to Motion to Redeem and this Proof of Service was served upon:

| | |
|---|---|
| Melissa DiGiamberdine | Samuel D. Sweet |
| Attorney for Debtor | Chapter 7 Trustee |
| 5080 W. Bristol Road, Suite 4 | P.O. Box 757 |
| Flint, MI 48507 | Ortonville, MI 48462 |
| | |
| Sharon Ann Lefferts | |
| 2402 Nebraska Ave. | |
| Flint, MI 48507 | |

electronically pursuant to the court notice of service, and to those not electronically registered by placing the documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                                O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*
_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: November 16, 2020